**Fill in this information to identify the case:**

Debtor name   **Kangaroo Manufacturing, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:20-bk-07224-MCW**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 30, 2020**      *X* **/s/ Justin Ligeri**
                                          Signature of individual signing on behalf of debtor

                                          **Justin Ligeri**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Kangaroo Manufacturing, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:20-bk-07224-MCW**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals           **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $        **108,175.73**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $        **108,175.73**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $        **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $        **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$        **15,865,049.40**

4. Total liabilities ....................................................................................................................
Lines 2 + 3a + 3b      $        **15,865,049.40**

Debtor name **Kangaroo Manufacturing, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:20-bk-07224-MCW**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**      Current value of debtor's interest

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11.    **Accounts receivable**

   11b. Over 90 days old:     **108,175.73**   -   **0.00**   =....   **$108,175.73**
                             face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$108,175.73**

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 6:</div>    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<div>Part 7:</div>    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

<div>Part 8:</div>    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

<div>Part 9:</div>    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<div>Part 10:</div>    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

<div>Part 11:</div>    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $108,175.73 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $108,175.73 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $108,175.73 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document        Page 5 of 50

Debtor name **Kangaroo Manufacturing, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:20-bk-07224-MCW**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1** **EIN Capital, LLC**
Creditor's Name

**160 PEARL ST., 5TH FLOOR**
**New York, NY 10005**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**UCC No. 2018-002-5134-4**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **Unknown**     Column B: **Unknown**

**2.2** **Empire Funding**
Creditor's Name

**1022 Avenue M**
**Brooklyn, NY 11230**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**UCC No. 2018-002-5073-5**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **Unknown**     Column B: **Unknown**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Salus Partners LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**45 Channing Road**
**Belmont, MA 02478**

**All assets**

Creditor's mailing address

**Describe the lien**
**UCC No. 2019-001-1418-2**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Unknown** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**C/O CORPORATION**
**SERVICE COMPANY**
**P.O. BOX 2576**
**SPRINGFIELD, IL 62708**

**All assets**

Creditor's mailing address

**Describe the lien**
**UCC Document No. 2018-002-5295-3**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$0.00**

---

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Debtor name **Kangaroo Manufacturing, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:20-bk-07224-MCW**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,685.61 |
|---|---|---|---|
| | **123 Stores**<br>**1674 Broadway, Suite 802**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,874.10 |
|---|---|---|---|
| | **Acusource**<br>**784 17th Ave**<br>**San Francisco, CA 94121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,622,235.10 |
|---|---|---|---|
| | **Algaecal**<br>**401-1250 Homer St**<br>**Vancouver, BC V6B 1C6**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216,000.00 |
|---|---|---|---|
| | **Alyson Sakin - Glinskin**<br>**3831 Saint Johnswood Drive**<br>**Woodland Hills, CA 91364** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    27764                    Best Case Bankruptcy

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,402.02** |
|---|---|---|---|

**AMAZON**
**P.O. BOX 84837**
**SEATTLE, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,299.50** |
|---|---|---|---|

**Amazon Peers**
**775 Sunrise Ave, Suite 230**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,391.20** |
|---|---|---|---|

**Amerigas**
**908 S 27th Ave**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amscan**
**80 Grasslands Road**
**Elmsford, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**ANCHOR HOCKING**
**2630 RELIABLE PKWY**
**CHICAGO, IL 60686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**AQUASTONE**
**600 REISTERSTOWN RD, ST 308**
**PIKESVILLE, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arizona Department of Revenue**
**PO Box 29085**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,800.80 |
|---|---|---|---|

**Barney Family Adventures**
**3198 Alta Laguna Blvd**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BENEDETTO A. CERILLI, JR.**
**C/O LAW OFFICES OF SONJA L. DEYOE**
**395 SMITH STREET**
**PROVIDENCE, RI 02908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,446.05 |
|---|---|---|---|

**Big Time Corporation**
**1438 Chestnut Street, Unit 4**
**Emmaus, PA 18049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,071.21 |
|---|---|---|---|

**BJC Group**
**174 Chesterfield Industrial Blvd**
**Chesterfield, MO 63005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,604.58 |
|---|---|---|---|

**BKM Tempe Commerce Park**
**PO Box 13287**
**Newport Beach, CA 92658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,785.00 |
|---|---|---|---|

**Brambo**
**9475 Melleur Street, Suite 209**
**Montreal, QC H2N 2C4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryant + Co DBA Crescent Line Toys**
**317 N Magnolia St**
**Laurel, MS 39440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,031.38 |
|---|---|---|---|

**Carpenter Hazelwood Delgado & Bolen**
**1400 E SOUTHERN AVE, STE 400**
**Tempe, AZ 85282**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,832.50 |
|---|---|---|---|

**CARPENTER HAZELWOOD DELGADO &**
**BOLIN**
**1400 E SOUTHERN AVE, STE 400**
**TEMPE, AZ 85282**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CBOCS Distribution, Inc.**
**PO Box 787 305 Hartman**
**Lebanon, TN 37088**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,643.98 |
|---|---|---|---|

**CH Robinson**
**11760 Miramar Pkwy, Suite 100**
**Miramar, FL 33025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charming Charlie**
**5999 Savoy**
**Houston, TX 77036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chumpamba**
**720 Bay St**
**Dunedin, FL 34698**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,941.62 |
|---|---|---|---|

**Classy Fun**
**6849 Tahiti Dr.**
**Cypress, CA 90630**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document    Page 12 of 50

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,579.00 |
|---|---|---|---|

**CNA INSURANCE**
**P.O. BOX 900094**
**ST LOUIS, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,128.65 |
|---|---|---|---|

**Coco James**
**1908 Thomas Ave**
**Cheyenne, WY 82001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Contract Highlighting**
**10814 W Orangewood Ave**
**Glendale, AZ 85307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,214.50 |
|---|---|---|---|

**CV Studio**
**381 Richmond Street East, Suite 200**
**Toronto, ONT M5A 1P6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.00 |
|---|---|---|---|

**Cyber Care**
**7 Sugar Hill Court**
**Cranston, RI 02921**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,719.93 |
|---|---|---|---|

**David Balkaran**
**101 Smoothwater Terrace**
**Markham, Ontario L6B 0E8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,000.00 |
|---|---|---|---|

**Dress Up America**
**234 Lee Ave. 8th Fl**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,250.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**e4Hats.com LLC**
**701 S. Harbor Blvd**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Eagle Smart Accessories**
**15776 84th Ave**
**Surrey, BC V4N 0W3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,400.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**Echo**
**22168 Network Place**
**Chicago, IL 60673-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**EIN Capital, LLC**
**160 PEARL ST., 5TH FLOOR**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Embroidery & More**
**4724 Hwy 17 S**
**North Myrtle Beach, SC 29582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,983.58** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Ernest Packaging**
**5777 Smithway St.**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,593.30** |
|------|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**Escalon Services, Inc.**
**Escalon TPC, Box 606,**
**405 El Camino Real**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document    Page 14 of 50

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|---|---|---|---|
| | **Expeditors**<br>**3930 E. Watkins St. Suite 100**<br>**Phoenix, AZ 85034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,092.48** |
|---|---|---|---|
| | **FASCINATIONS**<br>**19224 DES MOINES WAY S, SUITE 100**<br>**SEATTLE, WA 98148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,874.40** |
|---|---|---|---|
| | **FedEx Ground**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250-7461** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,146.70** |
|---|---|---|---|
| | **FedEx Trade Networks**<br>**PO Box 842206**<br>**Boston, MA 02284-2206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Fennemore Craig**<br>**2394 E Camelback Rd, Ste 600**<br>**Phoenix, AZ 85016-3429** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,458.50** |
|---|---|---|---|
| | **Flexe, Inc.**<br>**83 South King St, Ste 600**<br>**Seattle, WA 98104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Fuego Holdings LLC**<br>**6411 Burleson Rd**<br>**Austin, TX 78744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document    Page 15 of 50

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $612,782.72 |
|---|---|---|---|

**FUN WORLD**
**80 VOICE ROAD**
**CARLE PLACE, NY 11514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FUN.com**
**2080 Lookout Drive**
**Mankato, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Gearshift**
**358 Dufferin St. #203**
**Toronto, ONT M6K 2B8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Giggle LLC**
**8201 Village Plaza Court, Suite 1-B**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434,800.91 |
|---|---|---|---|

**Global Health Group**
**1515 Detrick Ave**
**Deland, FL 32724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GREAT AMERICAN DUCK RACES INC**
**16444 NORTH 91ST STREET**
**SCOTTSDALE, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GREGORY KING**
**C/O LAW OFFICES OF SONJA L DEYOE**
**395 SMITH STREET**
**PROVIDENCE, RI 02908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Groupon Inc.**
**600 W. Chicago Avenue, Suite 400**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$156,080.84** |
|---|---|---|---|

**GTR SOURCE LLC**
**111 JOHN STREET, SUITE 1210**
**NEW YORK, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 15, 2018__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Halloween Adventure**
**104 4th Ave**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$152,536.34** |
|---|---|---|---|

**HALLOWEEN RESOURCE CENTER INC**
**1100 S COLUMBUS BLVD.**
**PHILADELPHIA, PA 19147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hammacher Schlemmer**
**9307 N Milwaukee Ave**
**Niles, IL 60714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$983,454.92** |
|---|---|---|---|

**HAPPY ROCK MERCHANT SOLUTIONS LLC**
**149 WEST 36TH STREET, 12TH FLOOR**
**NEW YORK, NY 10180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __March 2, 2017__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harrow's**
**1 Carol Lane**
**Glen Head, NY 11545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,775.61 |
|---|---|---|---|

**HNRY Logistics**
PO Box 775556
Chicago, IL 60677-5556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hop Capital**
323 Sunny Isles Beach Blvd, Ste 501
North Miami Beach, FL 33160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HYG Financial Services**
800 Walnut Street
Des Moines, IA 50309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159,359.38 |
|---|---|---|---|

**IN ADVANCE CAPITAL LLC**
1430 W BROADWAY
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _June 19, 2018_

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Innovation Commerce LLC**
4221 W Taluca Lake Ln
Burbank, CA 91505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Internal Revenue Service**
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Intertek Testing Services Hong Kong**
2F Garment Centre, 576 Castle Peak Road
Kowloon
HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document    Page 18 of 50

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,466.99** |
| --- | --- | --- | --- |
| | **JACOBSON HAT CO INC**<br>**P.O. BOX 1429**<br>**SCRANTON, PA 18501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
| --- | --- | --- | --- |
| | **JAKKS PACIFIC INC**<br>**NW 6049 P. O. BOX 1450**<br>**MINNEAPOLIS, MN 55485** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Jason R Badian/Digital Commerce Fin**<br>**6260 West 3rd Street, Apt 237**<br>**Los Angeles, CA 90036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,000.00** |
| --- | --- | --- | --- |
| | **Jason R. Badian**<br>**700 Front Street 1507**<br>**San Diego, CA 92101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Justin Ligeri**<br>**2845 Post Road**<br>**Warwick, RI 02886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,784.44** |
| --- | --- | --- | --- |
| | **KIA MOTORS FINANCE**<br>**P.O. BOX 650805**<br>**DALLAS, TX 75265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **November 2017** | Basis for the claim: _ | |
| | Last 4 digits of account number **0601** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **KLUTZ**<br>**568 BROADWAY, STE 503**<br>**NEW YORK, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,524.54 |
|---|---|---|---|

**Legal Label**
**4 Whites Bridge Road Suite 275**
**Windham, ME 04062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,671.25 |
|---|---|---|---|

**Levy & Blackman LLP**
**469 Angell Street Suite 2**
**Providence, RI 02906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $992.20 |
|---|---|---|---|

**Liberty Mutual**
**PO Box 188025**
**Fairfield, OH 45018-8025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lighthouse Financial**
**100 N. Lincolnway, Suite B**
**North Aurora, IL 60542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lyka Distribution**
**20226 E Poco Calle**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,124.75 |
|---|---|---|---|

**Lyneer Staffing Solutions**
**PO Box 75414**
**Chicago, IL 60675-5414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156,080.84 |
|---|---|---|---|

**MEGA CAPITAL FUNDING**
**94 SPOOK ROCK ROAD**
**SUFFERN, NY 10901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 15, 2018__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,000.00** |
|---|---|---|---|
| | **MIE AL MISSNED C/O LAW OFFICES GOLDBERG SCUDIERI & LINDEBERG PC 6 EAST 45TH ST, 14TH FLOOR NEW YORK, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$118,904.07** |
|---|---|---|---|
| | **Morritt Hock Hamroff 400 Garden City Plaza Garden City, NY 11530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,397.00** |
|---|---|---|---|
| | **MVP Bargains 5400 Newport Drive, Suite 16 Rolling Meadows, IL 60008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,494.13** |
|---|---|---|---|
| | **Navigant 4511 Paysphere Circle Chicago, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70,697.00** |
|---|---|---|---|
| | **NAVIGANT CONSULTING 201 E WASHINGTON ST, STE 1700 PHOENIX, AZ 85004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Non-Foods Marketing PO Box 7719 Hicksville, NY 11802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Norseman Resort 135 Beach Street Ogunquit, ME 03907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document     Page 21 of 50

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,021.63 |
|---|---|---|---|
| | OEC Group Phoenix<br>13100 Alondra Blvd. Suite 100<br>Cerritos, CA 90703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,186.66 |
|---|---|---|---|
| | On Target<br>1525 W White Harris 2C2,<br> On Target Staffing Lockbox 60839<br>Charlotte, NC 28260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,000.00 |
|---|---|---|---|
| | Online Distribution<br>6134 Amber View St<br>Las Vegas, NV 89135 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Outfront Media LLC<br>c/o Corporation Service Co, Stat Agent<br>8825 N. 23rd Av., Ste 100<br>Phoenix, AZ 85021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,431.50 |
|---|---|---|---|
| | Panini America<br>c/o Locke Lord LLP<br>777 South Flagler Dr, E. Tower, Ste 215<br>West Palm Beach, FL 33401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: Sanctions | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | PANINI AMERICA INC<br>5325 FAA BLVD, STE 100<br>IRVING, TX 75061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256,057.59 |
|---|---|---|---|
| | PAPER MAGIC GROUP INC<br>P.O. BOX 8500-50440<br>PHILADELPHIA, PA 19178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document     Page 22 of 50

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
|---|---|---|---|

**Paycor**
**4811 Montgomrey Rd**
**Cincinnati, OH 45212**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,753.72 |
|---|---|---|---|

**Paykin Krieg & Adams LLP**
**2500 Westchester Ave, Suite 107**
**Purchase, NY 10577**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pennies2Platinum**
**2845 Post Road, Ste 215**
**Warwick, RI 02886**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,364.48 |
|---|---|---|---|

**PRINCESS PARADISE CREATIONS LLC**
**DBA PRINCESS PARADISE**
**1833 E HARMONY RD., UNIT 7**
**FORT COLLINS, CO 80528**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,896.40 |
|---|---|---|---|

**Principle Financial Group**
**PLIC - SBD Grand Island, PO BOX 10372**
**Des Moines, IA 50306-0372**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Queen Funding**
**101 Chase Avenue, Suite 208**
**Lakewood, NJ 08701**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $683.21 |
|---|---|---|---|

**Quill**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Raindrop MFG - Raindrop LLC**
**2338 N. Loop 1604 W. Ste 205**
**San Antonio, TX 78248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,718.88** |
|---|---|---|---|

**RG COSTUMES ACCESSORIES INC**
**726 ARROW GRAND CIRCLE**
**COVINA, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard S. Weinberg**
**KOKOON**
**2508 24th Ave S**
**Minneapolis, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$156,080.84** |
|---|---|---|---|

**RICHMOND CAPITAL GROUP LLC**
**111 JOHN STREET, SUITE 1210**
**NEW YORK, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **June 15, 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$722,035.60** |
|---|---|---|---|

**RL INDUSTRIES LLC**
**149 W 36TH ST, 12TH FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rock Merchant**
**149 West 36th Street, 12th Flr.**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,764,419.14** |
|---|---|---|---|

**Rubies Costume Company Inc.**
**One Rubie Plaza**
**Richmond Hill, NY 11418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,854.81 |
|---|---|---|---|

**SCHOLASTIC INC**
**P.O. BOX 416851**
**BOSTON, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,972.90 |
|---|---|---|---|

**Securing Freedom**
**1688 W 1050 S**
**Syracuse, UT 84075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shopify Drop Ship**
**150 Elgin Street, 8th Floor**
**Ottawa, Ontario K2P 1L4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Silver Law**
**7033 E. Greenway Pkwy #200**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Silvertop Assoc Inc., dba Rasta Imposta**
**600 E. Clements Bridge Road**
**Runnemede, NJ 08078**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,381.23 |
|---|---|---|---|

**Solutions Staffing**
**1237 Dublin Road**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,000.00 |
|---|---|---|---|

**Spinmaster Games**
**PMB-10053-300 International Dr, Ste 100**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,982.91** |
|---|---|---|---|

**Sunshine Unlimited**
**1775 E Palm Canyon Dr., Ste 110-324**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,000.00** |
|---|---|---|---|

**Supremacy Retail**
**1425 Broadway #24118**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Susan DeLeo**
**100 Nepaug Rd**
**Narragansett, RI 02882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Susan Lowenstein**
**14504 Valley Vista Blvd**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,670.00** |
|---|---|---|---|

**Teeple Hall, LLP**
**9255 Towne Centre Drive, Suite 500**
**San Diego, CA 92121-3038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Elephant's Trunk**
**2222 Agusta Street**
**Greenville, SC 29605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151,005.79** |
|---|---|---|---|

**The Smith Company**
**14271 W. Peninsula Rd**
**Whitehouse, TX 75791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document     Page 26 of 50

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **The Yagoozon Group, Inc.**<br>**2845 Post Road, Ste 215**<br>**Warwick, RI 02886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tilden & Prohidney, P.L.**<br>**Attn: Michael Prohidney**<br>**431 12th Street West, Suite 204**<br>**Bradenton, FL 34205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **TJ Maxx**<br>**PO Box 9126**<br>**Framingham, MA 01701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Toy Express DBA Learning Express**<br>**4602 Beverly Lane**<br>**Kenosha, WI 53142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tripate Marketing dba Ultimate Party Sto**<br>**47030 Conrad E Anderson ST**<br>**Hammond, LA 70401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tropic Outfitters**<br>**70 Pope Ave K**<br>**Hilton Head Island, SC 29938** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,353.67 |
|---|---|---|---|
| | **Uline**<br>**PO Box 88741**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,687.50** |
|---|---|---|---|

**ULINE**
**P.O. BOX 88741**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,084,944.08** |
|---|---|---|---|

**UNCLE MILTON INDUSTRIES INC**
**29209 CANWOOD ST, STE 120**
**AGOURA HILLS, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,625.52** |
|---|---|---|---|

**United Healthcare**
**PO Box 959782**
**Saint Louis, MO 63195-9782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Universal Studios Licensing LLC**
**100 Universal City Plaza Blvd 1440/13**
**Universal City, CA 91608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,415.00** |
|---|---|---|---|

**UPS**
**55 Glenlake Pkwy NE**
**Hampton, GA 30228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Verizon**
**140 W. Street**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,967.98** |
|---|---|---|---|

**Waste Management**
**PO Box 43350**
**Phoenix, AZ 85080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document    Page 28 of 50

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Watson's**
2721 E Sharon Road
Cincinnati, OH 45241

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,199.22 |
|---|---|---|---|

**WELLS FARGO BANK**
P.O. BOX 6995
PORTLAND, OR 97228

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1456**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.65 |
|---|---|---|---|

**WELLS FARGO BANK**
P.O. BOX 6995
PORTLAND, OR 97228

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5325**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wild Kingdom of Toys dba Christy's Toy**
5005 Willows Road, Suite 216
Alpine, CA 91901

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,604.87 |
|---|---|---|---|

**Wofsey, Rosen, Kweskin, & Kuriansky, LLP**
600 Summer Street
Stamford, CT 06901-1490

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WORLD GLOBAL CAPITAL LLC DBA FAST CASH**
**FUNDING**
30 BROAD STREET, 14TH FL, SUITE 14108
NEW YORK, NY 10004

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **June 15, 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Your Pool Specialist, Inc.**
933 4th Ave N
Naples, FL 34102

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,000.00** |
|---|---|---|---|
| | **ZAGONE STUDIOS**<br>**4533 W. NORTH AVENUE**<br>**Melrose Park, IL 60160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Zhejiang RTS Test HK Co Limited**<br>**RM 1607 Trend CRT 29 31 Cheung Lee**<br>**Chai Wan**<br>**HONG KONG** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BENEDETTO A CERILLI JR**<br>**10 SYCAMORE AVE**<br>**HO HO KUS, NJ 07423** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BENEDETTO A CERILLI JR**<br>**437 SEASIDE DRIVE**<br>**JAMESTOWN, RI 02835** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **e4Hats.com LLC**<br>**c/o Michael Adams, Rutan & Tucker, LLP**<br>**611 Anton Blvd., Suite 1400**<br>**Costa Mesa, CA 92626** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **GREAT AMERICAN DUCK RACES INC**<br>**C/O JOSEPH ADAMS/SNELL & WILMER LLP**<br>**1 ARIZONA CENTER/400 E VAN BUREN**<br>**PHOENIX, AZ 85004** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **HAPPY ROCK MERCHANT SOLUTIONS LLC**<br>**C/O NANCY K. SWIFT/BUCHALTER  PLC**<br>**16435 N SCOTTSDALE RD, STE 440**<br>**SCOTTSDALE, AZ 85254** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **KLUT/SCHOLASTIC PUBLISHING CO**<br>**C/O NICOLE BERGSTROM/FRANKFURT KLEIN**<br>**488 MADISON AVE**<br>**NEW YOK, NY 10020** | Line **3.74**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Lyneer Staffing Solutions**<br>**c/o Hammerman & Hultgren**<br>**3101 N. Central Av., Ste 500**<br>**Phoenix, AZ 85012** | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document      Page 30 of 50

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.8 | **Mie Ibrahim Al IMisnad c/o Law Offices**<br>**SCUDIERI & LINDEBERG PC**<br>**6 EAST 45TH ST, 14TH FLOOR**<br>**New York, NY 10017** | Line **3.82**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Navigant**<br>**201 E WASHINGTON ST, STE 1700**<br>**Phoenix, AZ 85004** | Line **3.85**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Outfront Media LLC**<br>**c/o Gurstel Law Firm PC**<br>**9320 E. Raintree**<br>**Scottsdale, AZ 85260** | Line **3.92**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **PANINI AMERICA INC**<br>**C/O DALE EVANS/ LOCKE LORD**<br>**777 SOUTH FLAGLER DRIVE E TOWER, STE 215**<br>**W PALM BEACH, FL 33401** | Line **3.94**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **PAPER MAGIC GROUP INC**<br>**C/O LYNDA LAING/STRAUSS FACTOR LAING**<br>**ONE DAVOL SQUARE, SUITE 305**<br>**PROVIDENCE, RI 02903** | Line **3.95**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **RL INDUSTRIES LLC**<br>**C/O NANCY SWIFT/ BUCHALTER PLC**<br>**16435 N SCOTTSDALE RD, STE 440**<br>**SCOTTSDALE, AZ 85254** | Line **3.107**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Rubie's Costume Co c/o Kevin Schlosser**<br>**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**<br>**990 Stewart Ave, Suite 300**<br>**Garden City, NY 11530-9194** | Line **3.109**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Silvertop Assoc Inc., dba Rasta Imposta**<br>**c/o FLASTER/GREENBERG P.C.**<br>**1810 Chapel Ave West**<br>**Cherry Hill, NJ 08002** | Line **3.114**<br><br>☐ Not listed. Explain ____ | **7919** |
| 4.16 | **SPINMASTER GAMES**<br>**PMB 10053- 300 INTERNATIONALDR., STE 100**<br>**Buffalo, NY 14221** | Line **3.116**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **UNCLE MILTON INDUSTRIES**<br>**C/O NATHAN MEYER/RUSS AUGUST & KABAT**<br>**12424 WILSHIRE BLVD, 12TH FLOOR**<br>**LOS ANGELES, CA 90025** | Line **3.132**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **UNCLE MILTON INDUSTRIES INC**<br>**C/O CHRISTOPHER BLAZEJEWSKI/SHERIDEN LOD**<br>**10 DORRANCE STREET, 7TH FLOOR**<br>**PROVIDENCE, RI 02903** | Line **3.132**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **UPS**<br>**c/o Executive Financial Enterprises**<br>**1626 N. Wilcox #680**<br>**Los Angeles, CA 90028** | Line **3.135**<br><br>☐ Not listed. Explain ____ | **6157** |

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 15,865,049.40 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 15,865,049.40 |

**Fill in this information to identify the case:**

Debtor name __Kangaroo Manufacturing, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number (if known) __2:20-bk-07224-MCW__

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Case 2:20-bk-07224-MCW     Doc 12     Filed 06/30/20     Entered 06/30/20 15:40:10     Desc
Main Document       Page 33 of 50

Debtor name    **Kangaroo Manufacturing, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:20-bk-07224-MCW**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **56 Leonard 26 LLC** | c/o Cori A. Rosen/Rosenberg & Estis PC 733 Third Avenue New York, NY 10017 An alleged co-debtor/co-obligor | **MIE AL MISSNED C/O LAW OFFICES GOLDBERG** | ☐ D _____ ■ E/F ___3.82___ ☐ G _____ |
| 2.2 **Justin Ligeri** | 2845 Post Road Warwick, RI 02886 An alleged co-debtor/co-obligor to some of the debts listed in these schedules | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 **P2P Enterprises, Inc.** | 1843 US Higway 27 North Sebring, FL 33870 An alleged co-debtor/co-obligor | **HAPPY ROCK MERCHANT SOLUTIONS LLC** | ☐ D _____ ■ E/F ___3.59___ ☐ G _____ |
| 2.4 **P2P Enterprises, Inc.** | 1843 US Higway 27 North Sebring, FL 33870 An alleged co-debtor/co-obligor | **RL INDUSTRIES LLC** | ☐ D _____ ■ E/F ___3.107___ ☐ G _____ |
| 2.5 **P2P Enterprises, Inc.** | 1843 US Higway 27 North Sebring, FL 33870 An alleged co-debtor/co-obligor | **IN ADVANCE CAPITAL LLC** | ☐ D _____ ■ E/F ___3.64___ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | **Additional Page to List More Codebtors** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.6 | Pennies2Platinu m Business Solutions Inc | 7350 S. Kyrene Road, Suite 104 Tempe, AZ 85283 An alleged co-debtor/co-obligor | MIE AL MISSNED C/O LAW OFFICES GOLDBERG | ☐ D _____ ■ E/F __3.82__ ☐ G _____ |
| 2.7 | Pennies2Platinu m Business Solutions Inc | 7350 S. Kyrene Road, Suite 104 Tempe, AZ 85283 An alleged co-debtor/co-obligor | HAPPY ROCK MERCHANT SOLUTIONS LLC | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |
| 2.8 | Pennies2Platinu m Business Solutions Inc | 7350 S. Kyrene Road, Suite 104 Tempe, AZ 85283 An alleged co-debtor/co-obligor | MEGA CAPITAL FUNDING | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |
| 2.9 | Pennies2Platinu m Business Solutions Inc | 7350 S. Kyrene Road, Suite 104 Tempe, AZ 85283 | GTR SOURCE LLC | ☐ D _____ ■ E/F __3.55__ ☐ G _____ |
| 2.10 | Pennies2Platinu m Business Solutions Inc | 7350 S. Kyrene Road, Suite 104 Tempe, AZ 85283 | IN ADVANCE CAPITAL LLC | ☐ D _____ ■ E/F __3.64__ ☐ G _____ |
| 2.11 | Pennies2Platinu m Business Solutions Inc | 7350 S. Kyrene Road, Suite 104 Tempe, AZ 85283 | RICHMOND CAPITAL GROUP LLC | ☐ D _____ ■ E/F __3.106__ ☐ G _____ |
| 2.12 | Pennies2Platinu m Business Solutions Inc | 7350 S. Kyrene Road, Suite 104 Tempe, AZ 85283 | RL INDUSTRIES LLC | ☐ D _____ ■ E/F __3.107__ ☐ G _____ |
| 2.13 | Ranked1Pro, LLC | 7350 S. Kyrene Road, Suite 104 Tempe, AZ 85283 An alleged co-debtor/co-obligor | HAPPY ROCK MERCHANT SOLUTIONS LLC | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.14 | **Shafiq Zaib aka Shuf Zaib** | c/o Moritt Hock & Hamrock 1407 Broadway, 39th Floor New York, NY 10018 An alleged co-debtor/co-obligor | **MIE AL MISSNED C/O LAW OFFICES GOLDBERG** | ☐ D ____ ■ E/F __3.82__ ☐ G ____ |
| 2.15 | **TaxproUSA.com Inc.** | 1843 US Highway 27 North Sebring, FL 33870 An alleged co-debtor/co-obligor | **IN ADVANCE CAPITAL LLC** | ☐ D ____ ■ E/F __3.64__ ☐ G ____ |
| 2.16 | **The Yagoozon Group Inc.** | 2845 Post Road, Ste 215 Warwick, RI 02886 An alleged co-debtor/co-obligor | **IN ADVANCE CAPITAL LLC** | ☐ D ____ ■ E/F __3.64__ ☐ G ____ |
| 2.17 | **Yagoozon, Inc.** | 2845 Post Road Warwick, RI 02886 An alleged co-debtor/co-obligor | **GTR SOURCE LLC** | ☐ D ____ ■ E/F __3.55__ ☐ G ____ |
| 2.18 | **Yagoozon, Inc.** | 2845 Post Road Warwick, RI 02886 An alleged co-debtor/co-obligor | **RL INDUSTRIES LLC** | ☐ D ____ ■ E/F __3.107__ ☐ G ____ |
| 2.19 | **Yagoozon, Inc.** | 2845 Post Road Warwick, RI 02886 An alleged co-debtor/co-obligor | **RICHMOND CAPITAL GROUP LLC** | ☐ D ____ ■ E/F __3.106__ ☐ G ____ |
| 2.20 | **Yagoozon, Inc.** | 2845 Post Road Warwick, RI 02886 An alleged co-debtor/co-obligor | **IN ADVANCE CAPITAL LLC** | ☐ D ____ ■ E/F __3.64__ ☐ G ____ |
| 2.21 | **Yagoozon, Inc.** | 2845 Post Road Warwick, RI 02886 | **GREAT AMERICAN DUCK RACES INC** | ☐ D ____ ■ E/F __3.52__ ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **Yagoozon, Inc.** | 2845 Post Road<br>Warwick, RI 02886 | **HAPPY ROCK MERCHANT SOLUTIONS LLC** | ☐ D ____<br>■ E/F __3.59__<br>☐ G ____ |
| 2.23 **Yagoozon, Inc.** | 2845 Post Road<br>Warwick, RI 02886 | **MEGA CAPITAL FUNDING** | ☐ D ____<br>■ E/F __3.81__<br>☐ G ____ |
| 2.24 **Yagoozon, Inc.** | 2845 Post Road<br>Warwick, RI 02886 | **PRINCESS PARADISE CREATIONS LLC** | ☐ D ____<br>■ E/F __3.99__<br>☐ G ____ |
| 2.25 **Yagoozon, Inc.** | 2845 Post Road<br>Warwick, RI 02886 | **Rubies Costume Company Inc.** | ☐ D ____<br>■ E/F __3.109__<br>☐ G ____ |
| 2.26 **Yagoozon, Inc.** | 2845 Post Road<br>Warwick, RI 02886 | **UNCLE MILTON INDUSTRIES INC** | ☐ D ____<br>■ E/F __3.132__<br>☐ G ____ |
| 2.27 **Yagoozon, Inc.** | 2845 Post Road<br>Warwick, RI 02886 | **WORLD GLOBAL CAPITAL LLC DBA FAST CASH** | ☐ D ____<br>■ E/F __3.143__<br>☐ G ____ |

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,891,721.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$11,783,511.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | GTR Source, LLC v. Kangaroo Manufacturing Inc, Yagoozon, Inc., Pennies2Platinum and Justin N. Ligeri | Affidavit of Confession of Judgment | Supreme Court of the State of New York | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Great American Duck Races Incorporated v. Kangaroo Manufacturing Inc., Yagoozon Inc., Justin Nicola Ligeri 17-cv-00212 | Civil | United States District Court District of Arizona 401 W. Washington St, Suite 130 Phoenix, AZ 85003 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Happy Rock Merchant Solutions, LLC v. Yagoozon, Inc, Kangaroo Manufacturing, Inc., Pennies2Platinum Business Solutions, Inc, Pennies2Platinum, Inc., Ranked1Pro, LLC, P2P Enterprises, Inc, and Justin Ligeri | Affidavit of Confession of Judgment | Supreme Court of the State of New York County of Westchester | ☐ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Happy Rock Merchant Solutions LLC v. Kangaroo Manufacturing Inc., Yagoozon, Inc., Pennies2Platinum, Inc., P2P Enterprises, Inc., P2P Enterprises, LLC, Ranked1Pro, LLC, Justin Ligeri, Pennies2Platinum Business Solutions, Inc.**<br>**CV2018-055723** | **Civil Judgment** | **Maricopa County Superior Court**<br>**125 W. Washington**<br>**Phoenix, AZ 85003-2243** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **In Advance Capital LLC v. Kangaroo Manufacturing, Inc., Yagoozon, Inc., Pennies2Platinum, Inc., P2P Enterprises, Inc., TaxproUSA.com, Inc., The Yagoozon Group, Inc., Winning Costumes, LLC** | **Affidavit of Confession of Judgment** | **Supreme Court of the State of New York** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Mie Al-Missned**<br>**v.**<br>**Kangaroo Manufacturing, Inc., Yagoozon, Inc., Justin Ligeri a/k/a/ Justin Nicola, 56 Leonard 26, LLC, and Shuf Zaib**<br>**09828/2018** | **Lease dispute** | **New York Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Mzeed Inc. v. Kangaroo Manufacturing, Inc., Yagoozon, Inc., Pennies2Platinum and Justin N. Ligeri** | **Affidavit of Confession of Judgment** | **Supreme Court of the State of New York** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Panini America Inc.**<br>**v.**<br>**Yagoozon, Kangaroo Manufacturing, and Justin Ligeri**<br>**28201 6C40005 13GCAXMX** | | **Circuit Court Highlands County, Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Richmond Capital Group, LLC v. Kangaroo Manufacturing, Inc., Yagoozon, Inc., Pennies2Platinum and Justin N. Ligeri** | **Affidavit of Confession of Judgment** | **Supreme Court of the State of New York** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10. | **RUBIE'S COSTUME COMPANY, INC., and PRINCESS PARADISE CREATIONS, LLC d/b/a PRINCESS PARADISE, v. KANGAROO MANUFACTURING, INC., YAGOOZON, INC., and JUSTIN LIGERI, 2:16-cv-06517-LDW-AKT** | Collection | **United States Dictrict Court Eastern District of New York 225 Cadman Plaza E Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **RL Industries, LLC v. Kangaroo Manufacturing, Inc., Yagoozon, Inc., Pennies2Platinum, Inc., P2P Enterprises, Inc., P2P Enterprises, LLC, Ranked1Pro, LLC, Justin Ligeri, Pennies2Platinum Business Solutions, Inc. CV2018-055724** | Civil Judgment | **Maricopa County Superior Court 125 W. Washington Phoenix, AZ 85003-2243** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **SILVERTOP ASSOCIATES, INC., D/B/A RASTA IMPOSTA, V. KANGAROO MANUFACTURING, INC., and JUSTIN LIGERI, an individual, 1:17-cv-07919-NLH-KMW** | Collection | **US District Court - New Jersey** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **World Global Capital LLC dba Fast Cash Funding v. Kangaroo Manufacturing, Inc. dba Kangaroo Manufacturing, Yagoozon, Inc. dba Yagoozon, Inc., Justin Ligori** | Affidavit of Confession of Judgment | **Supreme Court of the State of New York** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Uncle Milton Industries Inc. v. Yagoozon Inc. and Justin Ligeri CV2018-014567** | Civil | **Maricopa County Superior Court 125 W. Washington Phoenix, AZ 85003-2243** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **EIN Cap Inc. v. Justin N. Ligeri and Kangaroo Manufacturing Inc CV2019-003756** | Civil | **Maricopa County Superior Court 125 W. Washington Phoenix, AZ 85003-2243** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Silvertop Associates Inc. dba Rasta Imposta v. Kangaroo Manufacturing Inc 18-2266** | Appeal | **US Court of Appeals Third Circuit 601 Market Street Philadelphia, PA 19106** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Lyneer Staffing Solutions LLC v. Kangaroo Manufacturing Inc CV2019-015499** | Civil | **Maricopa County Superior Court 125 W. Washington Phoenix, AZ 85003-2243** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document     Page 41 of 50

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.18<br>· | **Outfront Media LLC v. Kangaroo Manufacturing Inc**<br>CV2019-051851 | **Civil** | **Maricopa County Superior Court**<br>**125 W. Washington**<br>**Phoenix, AZ 85003-2243** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **SACKS TIERNEY P.A.**<br>**4250 N. DRINKWATER BLVD.**<br>**FOURTH FLOOR**<br>**Scottsdale, AZ 85251** | | **May 4, 20** | **$6,500.00** |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>**K. Brands** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Optimistic Investors** | **Sold Trademarks and Intellectual property for $150,000.00** | **March 2019** | **$150,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **Wes Salas** | **Sold Inventory, work in progress, inventory in transit, and office furnishings for $5,000,000.00** | **March 2019** | **$5,000,000.00** |
| | Relationship to debtor | | | |
| 13.3. | **Jackson Hole** | **Sold remaining Intellectual Property for $50,000.00** | **est. March 2020** | **$50,000.00** |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **7350 S Kyrene Rd #104 Tempe, AZ 85283** | **through March 2019** |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document    Page 43 of 50

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Jason Khoury**<br>**2845 Post Rd,, Ste 214**<br>**Wakefield, RI 02880-6000** | **2018 - current** |
| 26a.2.    **Price, Kong & Co, CPAs**<br>**5300 N Central Avenue, #200**<br>**Phoenix, AZ 85012** | **2018 - current** |
| 26a.3.    **Cito Capital Corporation**<br>**PO Box 5005**<br>**PMB #5**<br>**Rancho Santa Fe, CA 92067** | **2018** |
| 26a.4.    **Christine Usdrowski** | **2018 - 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Case 2:20-bk-07224-MCW    Doc 12    Filed 06/30/20    Entered 06/30/20 15:40:10    Desc
Main Document     Page 45 of 50

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jason Khoury**<br>**2845 Post Road, Ste 214**<br>**Warwick, RI 02886** | |
| 26c.2. **Price, Kong & Co., CPAs**<br>**5300 N Central Ave #200**<br>**Phoenix, AZ 85012** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jeffrey Clay** | **2/15/2019** | |
| | Name and address of the person who has possession of inventory records | | |
| | . | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Justin Ligeri** | **2845 Post Road**<br>**Warwick, RI 02886** | **Owner** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2020**

**/s/ Justin Ligeri**                              **Justin Ligeri**
Signature of individual signing on behalf of the debtor             Printed name

Position or relationship to debtor    **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

■ No

☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re   **Kangaroo Manufacturing, Inc.**
_____   Case No.   **2:20-bk-07224-MCW**
Debtor(s)   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept _____   $   _____

Prior to the filing of this statement I have received _____   $   _____

Balance Due _____   $   _____

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____   $   **15,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____   $   **545.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **K Brands**

3.   The source of compensation to be paid to me is:

☐ Debtor   ■ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Adversary proceedings; negotiating or litigating non-dischargeability actions; negotiating or litigating objections to exemptions; negotiating or litigating objections to discharge; appeals; home modification negotiations; and representation in any pending state or federal court litigation.  Attorney's representation of client does not include securities work, tax advice (except advice as to the dischargeability of taxes), accounting advice, domestic relations matters, or criminal matters.**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 30, 2020** | **/s/ Randy Nussbaum** |
| *Date* | **Randy Nussbaum 006417** |
| | *Signature of Attorney* |
| | **Sacks Tierney P.A.** |
| | **4250 N Drinkwater Blvd.** |
| | **4th Floor** |
| | **Scottsdale, AZ 85251-3693** |
| | **480-425-2600   Fax: 480-970-4901** |
| | **Randy.Nussbaum@SacksTierney.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of Arizona

In re   **Kangaroo Manufacturing, Inc.**       Case No.   **2:20-bk-07224-MCW**

          Debtor(s)       Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kangaroo Manufacturing, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 30, 2020

Date

**/s/ Randy Nussbaum**

**Randy Nussbaum 006417**

Signature of Attorney or Litigant

Counsel for   **Kangaroo Manufacturing, Inc.**

**Sacks Tierney P.A.**

**4250 N Drinkwater Blvd.**

**4th Floor**

**Scottsdale, AZ 85251-3693**

**480-425-2600 Fax:480-970-4901**

**Randy.Nussbaum@SacksTierney.com**