Randy Nussbaum, Esq. (SBN 006417)
Randy.Nussbaum@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

## THE DISTRICT OF ARIZONA

| In re: | Chapter 7 Proceedings |
|---|---|
| KANGAROO MANUFACTURING INC, | Case No. 2:20-bk-07224-MCW |
| Debtor. | **AMENDMENT TO SCHEDULE E/F AND THE MASTER MAILING LIST** |

The Debtor, Kangaroo Manufacturing Inc, hereby amends:

Schedule E/F to add the following creditors:

Name and address:
Outfront Media
185 US Highway 46
Fairfield, NJ 07004
Amount of debt: $29,485.72
Nature of debt: Vendor

Name and address:
Clear Channel
P.O. Box 847247
Dallas, TX 75284
Amount of debt: $54,000
Nature of debt: Vendor

Name and address:
HYG Financial
Customer Service
P.O. Box 3072

Cedar Rapids, IA 52406
Account No. 400-982-3347-001
Amount of debt: $12,824
Nature of debt: Lease

Name and address:
HNRY Logistics Inc.
c/o Michael Ashley- The Leviton Law Firm
One Pierce Place, Suite 725W
Itasca, IL 60143
Account No. 40
Amount of debt: $28,308.29
Nature of debt: Vendor

The Master Mailing List to add the creditors listed above and to update the address information for the following creditors:

Uncle Milton Industries
29209 Canwood Street, Suite 120
Agoura Hills, CA 91301

Big Time Corporation LLC
c/o A Registered Agent Inc.
8 The Green, Suite A
Dover, DE 19901

GTR Source LLC
111 John Street, Suite 1210
New York, NY 10038

Happy Rock Merchant Solutions
149 W. 36th Street, Fl 12
New York, NY 10018

MVP Bargains LLC
5400 Newport Dr.
Rolling Meadows, IL 60008

Paper Magic Group Inc.
54 Glenmaura National Blvd., Suite 200
Moosic, PA 18507

Alyson Sakin
644 N. Fuller Avenue
PMB 7035
Los Angeles, CA 90036

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

I declare under penalty of perjury that I have read the foregoing Amendment to Schedule E/F and the information set forth therein is true and correct to the best of my knowledge, information, and belief.

Dated: August 10, 2020.

*/s/ Justin Ligeri*
Justin Ligeri for
Kangaroo Manufacturing Inc.

The undersigned certifies that a copy of this Amendment, along with a copy of the Notice of Chapter 7 Bankruptcy Case (Dkt. #11) were mailed by first class mail, postage prepaid, on August 11, 2020, to the creditors above.

*Sandra E. Dousdebes*

Dated: August 11, 2020.

SACKS TIERNEY P.A.

*By: /s/ Randy Nussbaum*
Randy Nussbaum
Attorneys for Debtor

COPY emailed on August 11, 2020, to:

Jill Ford
P.O. Box 5845
Carefree, AZ 85377
Email: jford@trustee.phxcoxmail.com
*Chapter 7 Trustee*

Patrick T. Derksen
Theodore P. Witthoft
WITTHOFT DERKSEN, P.C.
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Email: pderksen@wdlawpc.com
Email: twitthoft@wdlawpc.com
*Attorneys for Trustee, Jill H. Ford*

1  Harry J. Giacometti,
   Flaster/Greenberg P.C.
2  1835 Market Street, Suite 1050
   Philadelphia, PA 19103
3  Email: Harry.giacometti@flastergreenberg.com
   *Attorneys for Silvertop Associates, Inc. d/b/a Rasta Imposta*
4
   *Sandra E. Dousdebes*
5